SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 MAR 22 PM 12: 19

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR 84 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 2252(a)(4)(B) & (b)(2) |
| RODNEY G. HINER, | |
| Defendant. | |

The Grand Jury charges that

## COUNT I

From on or about March 26, 2016, and continuing to on or about July 7, 2016, in the District of Nebraska, RODNEY G. HINER, did knowingly possess one or more computer files and other matter which contained an image of child pornography, including image of children under the age of 12 years old, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, and said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code Section 2252(a)(4)(B) & (b)(2).

A TRUE BILL.

_____
FOREPERSON

_____
ROBERT C. STUART
Acting United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

/s/ Michael P. Norris
MICHAEL P. NORRIS
Assistant U.S. Attorney